### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:   A-NGAE1, LLC

Case No.:   10-18719-mkn
Chapter:   11

_____ Debtor(s)
_____

### AMENDMENT COVER SHEET

The following items have been amended in the above named bankruptcy proceeding (check all
applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
__✓__ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
__✓__ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
__✓__ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
    __✓__ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee
        required.
    _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

    **Amendment of debtor(s) Social Security Number requires the filer to follow the
instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's
website on our website: www.nvb.uscourts.gov**

### Declaration of Debtor
I (We) declare under penalty of perjury that the information set forth in the amendment(s)
attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: 7-5-2010 _____     _____
               Debtor                                         Joint Debtor

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

### District of Nevada

In re A-NGAE1, LLC
_____,
Debtor

Case No. 10-18719-mkn
_____

Chapter 11
_____

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 14,620,320.00 | | |
| B - Personal Property | Yes | 3 | $ 1,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 17 | | $ 9,900,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 27 | $ 14,621,820.00 | $ 9,900,000.00 | |

B6A (Official Form 6A) (12/07)

In re  A-NGAE1, LLC _____,        Case No.  10-18719-mkn
                  **Debtor**                                        **(If known)**

# AMENDED  SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Approximately 28.79 acres, located in Clark County, NV<br><br>APN: 126-02-501-019/-020/-021; 126-02-601-018; 126-02-701-008/ -016; 126-02-702-004 | Fee simple (100%) | | 14,620,320.00 | 9,900,000.00 |
| | | Total ▶ | 14,620,320.00 | |

(Report also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  A-NGAE1, LLC                          ,          Case No.  10-18719-mkn
                    **Debtor**                                              **(If known)**

# A MENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Aspen Financial, LLC <br> 7900 W. Sahara, Ste. 200 <br> Las Vegas, NV  89117 <br> (agent for lenders) | | | First Priority Deed of Trust recorded 7/31/06 <br><br> VALUE $ 14,620,320.0 | | | | 9,900,000.00 | 0.00 |
| ACCOUNT NO. <br><br> (See list of lenders on attached continuation sheets) | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

| | | |
|---|---|---|
| <u>  16  </u>  continuation sheets attached | Subtotal ▶ <br> (Total of this page) | $  9,900,000.00 | $  0.00 |
| | Total ▶ <br> (Use only on last page) | $  9,900,000.00 | $  0.00 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

### *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
#### Continuation Sheets

#### List of Lenders/Beneficiaries of
#### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Leslie R. Allan, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | John Arfuso and Kathleen Arfuso, Husband and Wife Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |
| Rose Marie Switalski, Trustee of the Rose Marie Arigoni Living Trust, dtd 4/16/01<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1759% | Gardner H. Arnold and Joy E. Arnold, Trustees of The Arnold 1996 Trust, dtd 4/19/96<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>3.0303% |
| Richard H. Babinski Living Trust<br>Dated May 21, 2004<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1515% | Susan Baker Living Trust, Dated February 2, 2005<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |
| Karl C. Ballif and Marilyn J. Balliff, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2704% | The Rogers-Barnett Family Trust, dtd 11/28/03<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3945% |
| Debra Anne Barrier and Johnnie Arthur Barrier, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Martin Roy Beaudet, Trustee of the Beaudet Family Trust, dtd 1/30/86, Amended & Restated 8/20/97<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3030% |
| Fareeza H. Belcher Trust, Restated 01/22/01<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Duane Beshwate and Elizabeth Beshwate, Husband and Wife As Joint Tenants Wros<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1725% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

### (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
#### Continuation Sheets

#### List of Lenders/Beneficiaries of
#### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| William Blackard, Trustee of The Blackard Family Trust 3/31/89<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.0202% | Jerry Alan Blanckaert Jr. Living Trust 2001 dtd 6/20/01<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% |
| James M. Blasco and Pamela Blasco, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | First Savings Bank Custodian fbo Richard J. Bonjorno, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |
| Ronald O. Boulter, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3074% | Brenden Broumand, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Pouri Broumand, A Single Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% | Shane H. Broumand, A Married Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Nancy E. Bruce, A Married Woman As Her Sole and Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% | The Bulloch Children's Trust, dtd 3/6/03<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Chris Bunker and Deborah Bunker, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1189% | First Savings Bank Custodian fbo Verna Calder, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3535% |

**In re A-NGAE1, LLC**                              Case No. 10-18719-mkn
                                                                (If known)

## *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Edward Canonico and Elise Canonico, Trustees of The Canonico Family Trust, dtd 8/19/93<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.7474% | The Ceron Family Trust, dtd 10/22/08<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |
| James C. Chachas Trust, dtd 02/06/03<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Jose R. Charles, Trustee of the Charles Family Trust, dtd 6/17/98<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |
| David Bruce Chicoine and Bridget J. Chicoine Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.7677% | Philip Joseph Cohen Trust, Dated 7/11/69<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Royal Living Trust, Dated October 30, 1996, Mark Colussy Trustee<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Cooper Family Trust, dtd 04/06/04<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| The Cooper Revocable Living Trust, u/d/t April 23, 1990<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Jason I, Cutler and Kerry M. Cutler, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.0202% |
| John C. Damus, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Frank Davenport, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Jack Debusk and Lorraine Debusk Husband and Wife As Joint Tenants c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1010% | Patrick and Clara Carmen Dermody, Trustees of The Patrick and Clara Carmen Dermody Family Trust dtd 3/18/96 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.5051% |
| Clark Draayer and Vauna Vee Draayer Husband and Wife As Joint Tenants Wros, c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.5319% | Nedra K. Edwards, Trustee of the Nedra K. Edwards Trust, dtd 2/8/00 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.4242% |
| Diamond Bay Enterprises, LLC a Nevada Limited Liability Company c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.2525% | Evans 1976 "Survivors" Trust, Dated December 15, 1976 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.5051% |
| The C R Evans Trust, dtd 12/18/96 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.5118% | Eric Alan Evans, A Single Man c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1010% |
| Murwin W. Fain and Antoinette M. Fain Trustees of The Fain Family Trust, dtd 6/7/94 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.4040% | Stanley Ferraro and Florence Ferraro, Husband and Wife As Joint Tenants c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.4978% |
| First Trust Company of Onaga Custodian fbo Cynthia R. Follis, SEP IRA c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.5152% | First Trust Company of Onaga Custodian fbo Cynthia R. Follis, Roth, IRA c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.0556% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

### *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
**Continuation Sheets**

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Patrick R. Fortune, A Married Man as his Sole and Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | Foster Family Trust 1988<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.5152% |
| Edmond S. Freis and Phyllis A Freis, Husband and Wife as Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | Anesthesiology Consultants Inc., Profit Sharing Plan fbo Edmond S. Freis<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4561% |
| Shirle Galardi<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.0202% | William A. Gardiner and Patsy M. Gardiner Family Trust, dated May 20, 2002, William A. Gardiner, Trustee<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% |
| Michael R. Garside and Carol H. Garside, Trustees of the Michael R. Gardside and Carol H. Garside Family Trust, dtd 5/28/87, Amended & Restated 6/23/97<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.4662% | Blakeley I LLC<br>an Oklahoma Limited Liability Company<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1818% |
| Arthur J. Gilbert and Margaret L. Gilbert, Trustees of the Arthur J. and Margaret L. Gilbert Revocable Family Trust 1986 dtd 5/20/86<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | Gene G. Girard and Karen J. Girard, Trustees of The Gene G. Girard and Karen J. Girard Revocable Living Trust, dtd 11/24/97<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |

In re A-NGAE1, LLC                                    Case No. 10-18719-mkn
                                                              (If known)

## *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Herbert Glaser Profit Sharing Trust, dtd 12/19/02<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Milton Gorbien and Joan Gorbien, As Husband and Wife As Joint Tenants Wros<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |
| Paul Gousset Living Trust, dtd 05/21/92<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% | Joan Greenier Family Trust, Dated June 2, 2003<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1436% |
| Gidget Grittini<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5409% | The Montreux Trust, An Irrevocable Declaration of Trust Dated March 29, 2007<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>3.0303% |
| Barbara L. Haney, An Unmarried Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Gold Plated LLC, a Nevada Limited Liability Company<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.0202% |
| Jeffrey T. Harris and Judith A. Harris, Trustees of The Harris Family Trust Dated 6/29/95<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.7828% | Matthew J. Harris, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Carol Ann Harrison Family Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1833% | Hawthorne Family Trust of 1995<br>Russell S. Hawthorne and Judith M. Hawthorne, Trustees<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Blaine Hess, A Married Man as his Sole & Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.5551% | Beehive Holdings L.P., a Nevada Limited Partnership<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.3000% |
| Sarah J. Hiser, Trustee of the 1978 Hiser Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | The Lyle and Sarah Hughes Family Trust, Dated 7/23/96<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3030% |
| Marshall E. Hunt Trust, Dated May 7, 1999<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>4.0404% | Nevada Trust Company Custodian fbo Ida M. Husk, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1818% |
| Isabelle Family Trust, Dated January 31, 2004<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1111% | Marilyn F. Jackson, Trustee of The Marilyn F. Jackson Trust, dtd 9/24/02<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Mark E. Jonah, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2222% | Robert Kellerhouse, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |
| First Savings Bank Custodian fbo Gail A. Kelly, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1515% | The Keyes Nevada Trust dtd 10/19/00, Nancy Keyes, Trustee<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.7331% |

In re A-NGAE1, LLC                                      Case No. 10-18719-mkn
                                                              (If known)

### (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| John L. Kilroy, A Married Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | First Savings Bank Custodian fbo Laura L.<br>Kurth, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1172% |
| First Savings Bank Custodian fbo Robert O.<br>Kurth, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1202% | First Savings Bank Custodian fbo Harriet<br>Kutzman, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4444% |
| Robert G. Langer, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | First Trust Company of Onaga N.A., fbo Randi<br>Langford-Hetrick, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1111% |
| WL Enterprises, LLC<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% | Nevada Trust Company Custodian fbo Gisela<br>T. Larsen, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |
| Paul L. Larsen and Gisela T. Larsen, Co-<br>Trustees of The Larsen 1977 Trust, dtd<br>10/13/77<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3030% | North Star Compass, LLC<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1515% |
| Helga Maria Leeb, Trustee of The Helga Maria<br>Leeb Qualified Personal Residence Trust dtd<br>4/23/98<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% | Ronald W. and Jacqueline K. Leeson, Trustees<br>of The Leeson Family Trust dtd 10/7/97<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2778% |

In re A-NGAE1, LLC                                    Case No. 10-18719-mkn
                                                              (If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| The Leroy Family Trust dtd 3/13/96<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3559% | Ernest W. Libman and Cleone Libman,<br>Trustees of The Ernest W. Libman and Cleone<br>Libman Family Trust dtd 3/11/93<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% |
| Pine Development Inc., a Nevada corporation<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.0202% | Venture Holdings, Inc., a Nevada corporation<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% |
| Jason Lybbert and Tracie Lybbert, Husband<br>and Wife As Joint Tenants Wros<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.8182% | Mark E. Maggioli, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1515% |
| Make A Wish Foundation of America,<br>Incorporated<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.0916% | Rachel Marie, A Single Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Cary Massaro, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | Pamela S. McCauley, A Single Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Steven M. McKenna and Michelle K.<br>McKenna, Trustees of The McKenna Family<br>Trust Dated December 19, 2002<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.5152% | Norval B. and Lena L. McLeod Revocable<br>Trust, dtd 8/8/94<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3832% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

### (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
**Continuation Sheets**

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| David McMillion, A Married Man as his Sole and Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | First Savings Bank Custodian fbo Leslie G. McMillion Sr, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1717% |
| M D McNeill, Trustee Under A Declaration of Trust dtd 10/7/98<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Lee R. McNutt and Wanda J. McNutt Revocable Trust dtd 2/24/05<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4545% |
| Roger P. Mewhirter and Corinne R. Mewhirter, Husband and Wife As Joint Tenants Wros<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2199% | Florence H. Mlynarczyk, Trustee of The Edward A. Mlynarczyk and Florence H. Mlynarczyk Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |
| Michael R. Mlynarczyk and Shirley G. Mlynarczyk, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% | Kenneth Griffyn Morgan Living Trust, dtd 4/7/03<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% |
| Jesus H. Motta and Kristy Y. Motta, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.0179% | Patricia B. Mueller, A Married Woman As Her Sole and Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |
| The Palmer Family Trust, dtd 2/13/90<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | RF Patti Separate Property Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Burt F. Paul and Marilyn Paul, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.6566% | Helen L. Peabody, A Married Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.8081% |
| Nevada Trust Company Custodian fbo Sam Pearce, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Prescia Investments, LLC<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.7263% |
| D.R. Family Trust, dtd 5/12/94<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0101% | Leonard H. Raizin and Carol A. Raizin Trustees of The Raizin Family Trust dtd 8/4/77<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>2.5253% |
| Rebecca S. Ramsey, An Unmarried Woman, Custodian ITF Aaron J. Ramsey<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Michael C. Ramsey, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |
| Alfred L. Ramsey Trust-90 fbo Aaron James Ramsey<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3535% | Rebecca S. Ramsey, An Unmarried Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1313% |
| William P. Ray and Charlotte M. Ray, Trustees of The Ray Family Trust 2001, dtd 9/11/01<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2091% | Rodney F. Reber, General Partner of The Rodney F. Reber Family Limited Partnership<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |

In re A-NGAE1, LLC

Case No. 10-18719-mkn
(If known)

### *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| First Savings Bank Custodian fbo Mary Ann Rees IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2202% | First Savings Bank Custodian fbo Dwight Richard, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |
| The Richard and Becky Richardson Trust Dated 1/9/2003<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% | The Ronald Johnson Riggs Living Trust, dtd 5/17/06<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% |
| Grace Rivera and James Rivera, Trusteess of The Grace and James Rivera Family Trust, dtd 4/8/92<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.7576% | Paul Robarts, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.5152% |
| First Savings Bank Custodian fbo Karen B. Roy, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3838% | Neal O. Rudnick, Trustee of The Neal O. Rudnick Revocable Trust, dtd 5/17/96<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |
| Joann Sarret, A Widow<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% | Barclay Corporation Profit Sharing Plan and Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% |
| Gerald Schaffer Family Trust, Dated March 18, 1999<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4040% | Ephraim Schaffer Trust, Dated September 17, 1996<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5051% |

In re A-NGAE1, LLC                                    Case No. 10-18719-mkn
                                                              (If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Linda Schumacher, An Unmarried Woman<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Shawn Seiler, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3535% |
| Lyle Senfield and Claudia Senfield, Husband and Wife As Joint Tenants Wros.<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5686% | First Savings Bank Custodian fbo Michael C. Shane, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3030% |
| Mona Soderstorm Sher 1995 Charitable Remainder Unitrust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.9730% | Allan Siebert, An Unmarried Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1446% |
| Brett Smith, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Robert Solomons, A Single Man<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1100% |
| St. Jude's Ranch for Children, Inc.<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.0916% | Mary J. Steele, A Married Woman as her Sole and Separate Property<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Nicholas Steffora, Trustee of The Nicholas Steffora Revocable Trust dtd 12/22/00<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5338% | Tania M. Steffora, Trustee of The Tania M. Steffora Revocable Trust dtd 12/22/00<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2569% |

In re A-NGAE1, LLC                                        Case No. 10-18719-mkn
                                                                    (If known)

### (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Tania M. Steffora, Trustee of The Tania M. Steffora Revocable Trust dtd 12/22/00 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1404% | Bryan Stein, A Single Man c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1010% |
| Marilyn Sternberg Trust, Dated February 5, 1993 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1515% | Sterling Martin and Company c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1515% |
| Wendy Sternberg Rockoff Trust utd 2/15/89 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.3636% | Stewart Family Trust dtd 2/27/06 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.3535% |
| Thomas A. Stirling and Fawn Stirling, Trustees of The Stirling Family 1994 Trust dtd 7/14/94 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.2525% | Golden Legacy, LLC c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 2.0202% |
| J. Emmett Sullivan Family Trust, Dated April 21, 1993 c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 1.5152% | Carla J. Thompson and Callis Lee Thompson Jr., Husband and Wife As Joint Tenants c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1250% |
| Charles E. Thompson, Trustee of The Charles E. Thompson 1989 Trust c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.1010% | First Savings Bank Custodian fbo Pamela Therney, IRA c/o Aspen Financial, LLC 7900 W. Sahara Ave. Ste. 200 Las Vegas, NV 89117 0.0859% |

14

**In re A-NGAE1, LLC**                                      **Case No. 10-18719-mkn**
                                                                                    **(If known)**

### *(AMENDED)* SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### <u>Continuation Sheets</u>

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Steven B. Tomac and Laura J. Tomac, Husband and Wife As Joint Tenants With Rights of Survivorship<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2932% | Lucille A. Tucciarone, Trustee of The Sua Ponte Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3535% |
| Howard L. Tuft and Sandra J. Tuft, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.3665% | C. Barry and Colleen Mae Tuggle, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1229% |
| Joe Vernola and Mary Ann Vernola, Husband and Wife as Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% | Jacqueline Vick, Trustee, Vick Family Trust, dtd 12/29/93<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.4545% |
| Edwina R. Walker, Trustee of The Edwina R. Walker Trust, dtd 8/6/89<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2525% | Jerry L. Wallace and Joy D. Wallace, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.0733% |
| Paul M. Watkins and Linda L. Watkins, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.9091% | Wehrman Family Trust u/d/t 5/4/04, James M. Wehrman, Trustee<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Lee M. Weiner and Michele M. Weiner, Husband and Wife As Joint Tenants<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | Wes Weissman Revocable Trust<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.7576% |

In re A-NGAE1, LLC                                          Case No. 10-18719-mkn
                                                                    (If known)

## (AMENDED) SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### Continuation Sheets

### List of Lenders/Beneficiaries of
### 1st Priority Deed of Trust Dated 7/31/06

| | |
|---|---|
| Linda A. White, Trustee of The White Family Trust, dtd 3/18/99<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.0733% | Equity Trust Company Custodian fbo Baron H. Windham Jr., IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.0000% |
| Melvin B. Wolzinger and Ruth A. Wolzinger, Trustees of The Melvin B. Wolzinger and Ruth A. Wolzinger Revocable Family Trust, dtd 1/20/83<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>1.3766% | Wong Trust Dated 9/04/03 Raymond M T Wong and Grace Len Tai Wong, Trustees<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.2020% |
| First Savings Bank Custodian fbo Forrest J. Woodward II, IRA<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.5859% | Clarence E. Wright and Dorothy L. Wright, Trustees of The Wright Family Trust, dtd 3/21/02<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% |
| Maxine Zelkind Trust dtd 1/24/97<br>c/o Aspen Financial, LLC<br>7900 W. Sahara Ave. Ste. 200<br>Las Vegas, NV 89117<br>0.1010% | |