Georganne W. Bradley  
Nevada State Bar No. 1105  
KAEMPFER CROWELL RENSHAW  
GRONAUER & FIORENTINO  
8345 W. Sunset Road, Suite 250  
Las Vegas, NV 89113  
Telephone: (702) 792-7000  
Facsimile: (702) 796-7181  
Email:    gbradley@kcnvlaw.com  

E-Filed on: April 5, 2011

*Attorneys for Debtor and Debtor-in-Possession*  
*A-NGAE1, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>A-NGAE1, LLC, a Nevada limited liability company<br><br>Debtor, | Case No. 10-18719-MKN<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) SCHEDULING A COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PREPACKAGED PLAN OF REORGANIZATION, (B) APPROVING PROCEDURES FOR FILING OBJECTIONS THERETO, AND (C) APPROVING THE FORM AND MANNER OF NOTICE OF THE COMBINED HEARING** |

**YOU, AND EACH OF YOU WILL PLEASE TAKE NOTICE** that an Order Granting Debtor's Motion For Entry Of An Order (A) Scheduling A Combined Hearing On The Adequacy Of The Disclosure Statement And Confirmation Of Prepackaged Plan Of Reorganization, (B) Approving Procedures For Filing Objections Thereto, And (C) Approving The Form And Manner Of Notice Of The Combined Hearing was entered in the above-entitled matter on the 17th of September, 2010 (the "Order"). A copy of the Order is attached hereto.

1  Dated: April 5, 2011.

**KAEMPFER CROWELL RENSHAW GRONAUER & FIORENTINO**

By: /s/ Georganne W. Bradley
Georganne W. Bradley (NV Bar No. 1105)
8345 W. Sunset Road, Ste. 250
Las Vegas, Nevada 89113

*Attorneys for Debtor and
Debtor-in-Possession, A-NGAE1, LLC*

**Entered on Docket**
**April 04, 2011**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

---

Georganne W. Bradley (NV Bar # 1105)
KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO
8345 W. Sunset Road, Suite 250
Las Vegas, NV 89113-2092
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email:   gbradley@kcnvlaw.com

Attorneys for Debtor and Debtor-in-Possession,
A-NGAE1, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>A-NGAE1, LLC,<br>a Nevada limited liability company,<br><br>           Debtor. | Case No. 10-18719-MKN<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER (A) SCHEDULING A COMBINED HEARING ON THE ADEQUACY OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF PREPACKAGED PLAN OF REORGANIZATION, (B) APPROVING PROCEDURES FOR FILING OBJECTIONS THERETO, AND (C) APPROVING THE FORM AND MANNER OF NOTICE OF THE COMBINED HEARING**<br><br>Date:  March 23, 2011<br>Time:  9:30 a.m. |

- 1 -

1   A hearing having been held on March 23, 2011 on the Debtor's "Motion for Entry of an Order (A) Scheduling a Combined Hearing on the Adequacy of the Disclosure Statement and Confirmation of the Prepackaged Plan of Reorganization, (B) Approving Procedures for Filing Objections Thereto, and (C) Approving the Form and Manner of Notice of the Combined Hearing" (the "Motion") filed by A-NGAE1, LLC (the "Debtor") in the above-captioned Chapter 11 case; Georganne W. Bradley of the law firm of Kaempfer Crowell Renshaw Gronauer & Fiorentino having appeared as counsel for the Debtor, and no other appearances having been made; and

The Court having reviewed and considered the Motion and all relevant pleadings and papers filed in connection therewith, including, without limitation, the Stipulation Re: Notice to Schedule "D" Lenders attached to the Motion as Exhibit "A" (the "Stipulation"); the Court having heard the comments and arguments made by counsel; the Court having made findings on the record which are incorporated by reference herein; and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion be, and it hereby is, GRANTED; and

**IT IS FURTHER ORDERED** that the Debtor be, and it hereby is, authorized to enter into and perform its obligations under the Stipulation; and

**IT IS FURTHER ORDERED** that a combined hearing (the "Combined Hearing") at which the Court will consider and determine (i) the adequacy of the Debtor's "Disclosure Statement for Debtor's Plan of Reorganization Dated December 2, 2009" (the "Disclosure Statement") and (ii) whether to confirm the Debtor's "Plan of Reorganization Dated December 2, 2009" (the "Plan") shall be held on May 18, 2011 at the hour of 11:00 a.m. (the "Combined Hearing Date"); and

**IT IS FURTHER ORDERED** that deadline for objecting to the Disclosure Statement and Plan shall be May 6, 2011 (the "Objection Deadline"); and

**IT IS FURTHER ORDERED** that the Debtor must file its memorandum of points and authorities in support of confirmation of the Plan and its reply to Objections, if any, on or before May 12, 2011; and

**IT IS FURTHER ORDERED** that the Debtor shall serve written notice of the Combined Hearing Date and Objection Deadline, in accordance with the Stipulation, in substantially the form attached to the Motion as Exhibit "B", on or before April 8, 2011.

###

Submitted this 28th day of March, 2011 by:

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO

By:   /s/ Georganne W. Bradley
      Georganne W. Bradley
      8345 West Sunset Road, Suite 250
      Las Vegas, Nevada 89113

Attorneys for Debtor and
Debtor-in-Possession A-NGAE, LLC

# RULE 9021 DECLARATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapprove failed to respond to the document]:

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

X    No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Submitted this  28th   day of March, 2011 by:

KAEMPFER CROWELL RENSHAW
GRONAUER & FIORENTINO


 /s/ Georganne W. Bradley
Georganne W. Bradley (NV Bar No.1105)
8345 W. Sunset Road, Suite 250
Las Vegas, NV 89113

Attorneys for Debtor and Debtor-in-Possession
A-NGAE1, LLC

- 1 -